709 A.2d 904

**In re Objection of Nomination PETITION of Martin VICKLESS, as a Candidate for the Republican Nomination for Representative in the General Assembly from the Forty–first District**

**Objection of Stephen RADZIMINSKI**

**v.**

**Appeal of Martin VICKLESS.**

**No. 67 M.D. Appeal Docket 1998**

Supreme Court of Pennsylvania.

Submitted May 15, 1998.

Decided May 18, 1998.

Robert M. Owsiany and James T. Tallman, Pittsburgh, for Martin Vickless.

Alan L. Butkovitz and Stephen Radzminiski, for appellees.

Dick Filling, Commissioner.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

**PER CURIAM**

AND NOW, this 18 TH day of May, 1998, the Order of the Commonwealth Court, dated May 8, 1998, is **AFFIRMED.**

Zappala, J., did not participate in this matter.